**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01910-GPG

EDUAR RAMON TROCHEZ AGUILAR,

      Petitioner,

v.

JUAN BALTAZAR,
 *In his official capacity as Warden of the Denver Contract Detention Facility, Aurora, Colorado,*
MARKWAYNE MULLIN,
 *In his official capacity as Secretary of the U.S. Department of Homeland Security,*
TODD LYONS,
 *In his official capacity as Acting Director of Immigration and Customs Enforcement,*
TODD BLANCHE,
 *In her official capacity as Acting Attorney General of the U.S. Department of Justice,*

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 13] entered  by United States District Judge Gordon P. Gallagher on May 11, 2026, and supplemented by the Status Report Certify Compliance [D. 15] filed by Respondents, it is

ORDERED that Respondents complied with the Order [D. 13] and the Court was updated that Petitioner was denied bond. It is

FURTHER ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 1st day of June 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:  s/D. Clement
     Deputy Clerk